# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Soltishick,<br><br>                  Plaintiff,<br><br>    v.<br><br>Nancy A. Berryhill<br>Acting Commissioner of<br>Social Security,<br><br>                  Defendant. | No. 3:18-CV-00712<br><br>(Judge Brann) |

## **ORDER**

**AND NOW**, this 31st day of December 2018, for the reasons discussed in this simultaneously filed memorandum, it is hereby ordered that:

1. Plaintiff's appeal of the Commissioner's denial of benefits (Doc. 1) is granted;

2. Pursuant to the fourth sentence of 42 U.S.C. § 405 (g), this matter is remanded to the Acting Commissioner of Social Security for further consideration consistent with the simultaneously filed memorandum; and

3. The Clerk of Court is directed to enter judgment in accordance with this Order and to mark the matter in this Court closed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge